UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARIO CLARKE,

    Plaintiff,

vs.

RANDY UMBARGER, et al.,

    Defendants.
_____/

Civil Action No.
09-CV-11246

HON. BERNARD A. FRIEDMAN

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Magistrate Judge Donald A. Scheer has submitted a Report and Recommendation ("R&R") in which he recommends that the court grant defendants' motion to dismiss or for summary judgment. No objections to this R&R have been filed and the deadline for doing so has expired. The court has reviewed the matter and concludes that the R&R correctly analyzes all of the issues and makes a sound recommendation. Accordingly,

IT IS ORDERED that Magistrate Judge Sheer's R&R is accepted and adopted as the findings and conclusions of the court.

IT IS FURTHER ORDERED that defendants' motion to dismiss or for summary judgment [docket entry 22] is granted.

s/Bernard A. Friedman
Dated: September 15, 2009    BERNARD A. FRIEDMAN
   Detroit, Michigan    UNITED STATES DISTRICT JUDGE